**Fill in this information to identify the case:**

Debtor 1 __Matthew S. Barker__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Western__ District of __Kentucky__
(State)

Case number __22-31120-crm__

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: __U.S. Bank Trust National Association as Trustee for Treehouse Series V Trust__

Court claim no. (if known): __12-1__

Last 4 digits of any number you use to identify the debtor's account: __3__ __6__ __1__ __4__

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 12/22/2022 Motion for Relief & filing cost | (3) | $ 1,238.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: _____ | 3/10/2023 File Review | (11) | $ 150.00 |
| 12. Other. Specify: _____ | | (12) | $ _____ |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| Debtor 1 | Matthew S. Barker | Case number (if known) | 22-31120-crm |
| | First Name   Middle Name   Last Name | | |

**Part 2: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons
   Signature

Date 04 / 25 / 2023

Print: Molly Slutsky Simons
       First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile & Barile, Attorneys at Law

Address: 394 Wards Corner Road, Suite 180
         Number   Street
         Loveland, OH 45140
         City        State   ZIP Code

Contact phone ( 513 ) 444 – 4100

Email bankruptcy@sottileandbarile.com

**Sottile & Barile, LLC**
394 Wards Corner Road, Suite 180
Loveland, OH  45140
accounting@sottileandbarile.com
www.sottileandbarile.com



# INVOICE

**BILL TO**
Rushmore Loan Management Services LLC
15480 Laguna Canyon Road
Suite 100
Irvine, CA  92618

**INVOICE #**
**DATE** 12/22/2022

**S&B FILE NUMBER**

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Matthew S. Barker - ▮▮▮▮ - Attorney Fee – Motion for relief from stay ▮▮▮▮ | 1 | 1,050.00 | 1,050.00 |
| Matthew S. Barker - ▮▮▮▮ - MFR Filing Cost - ▮▮▮▮ | | | 188.00 |

| | BALANCE DUE | **$1,238.00** |
|---|---|---|

Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH  45140
accounting@sottileandbarile.com
www.sottileandbarile.com



# INVOICE

**BILL TO**
Rushmore Loan Management
Services LLC
15480 Laguna Canyon Road
Suite 100
Irvine, CA  92618

**INVOICE #** 
**DATE** 03/10/2023

**S&B FILE NUMBER**

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
|  | Barker, Matthew -          File Review - | 1 | 150.00 | 150.00 |

BALANCE DUE $150.00

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 22-31120-crm |
| Matthew S. Barker | Chapter 13 |
| Debtor. | Judge Charles R. Merrill |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on April 25, 2023.

**By Notice of Electronic Filing to:**

    Richard A. Schwartz, Debtor's Counsel
    rick@kslaws.com

    William W. Lawrence, Trustee
    ecf@louchapter13.com

    Office of the U.S. Trustee
    Ustprevion08.lo.ecf@usdoj.gov

**By United States mail to:**

    Matthew S. Barker, Debtor
    373 Winton Avenue
    Louisville, KY 40206

                                           Respectfully Submitted,

                                           /s/ Molly Slutsky Simons
                                           Molly Slutsky Simons (97962)
                                           Sottile & Barile, Attorneys at Law
                                           394 Wards Corner Road, Suite 180
                                           Loveland, OH 45140
                                           Phone: 513.444.4100
                                           Email: bankruptcy@sottileandbarile.com
                                           Attorney for Creditor